## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

**DEREKK ELLIS,**

    **Plaintiff,**

                                                **Case No.:**

v.

                                                **Division:**

**PURE LABORATORIES, LLC,**

    **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, DEREKK ELLIS, by and through undersigned counsel, brings this action against Defendant, PURE LABORATORIES, LLC, and in support of his claims states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of $30,000, exclusive of interest, fees, and costs, for violations of the Family and Medical Leave Act of 1993, as amended, 29 U.S.C. § 2601 et seq. ("FMLA") and for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq.

2. Venue is proper in Hillsborough County, because all of the events giving rise to these claims occurred in this County.

### PARTIES

3. Plaintiff is a resident of Hillsborough County, Florida, and he worked in Hillsborough County.

4. Defendant is a Florida limited liability company that manufactures E-liquid and E-cigarettes.

Dated this 14th day of September, 2020.

                                       Respectfully submitted,

                                       _____

                                       **MATTHEW K. FENTON**
Florida Bar Number: 2089
**WENZEL FENTON CABASSA P.A.**
1110 N. Florida Avenue Suite 300
Tampa, FL 33602-3343
Main Number: (813) 224-0431
Direct Dial: (813) 223-6413
Facsimile: (813)229-8712
Email: mfenton@wfclaw.com
Email: tsoriano@wfclaw.com
**Attorneys for Plaintiff**

8